UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| DAVID CAMERON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:16-cv-71 |
| | ) |
| LISA MENARD, Commissioner, Vermont Department of Corrections, and MARK POTANAS, Superintendent, Southern State Correctional Facility, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Magistrate Judge's Report and Recommendation was filed on August 24, 2016. (Doc. 10.) After *de novo* review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. *See* 28 U.S.C. § 636(b)(1).

Defendants' Motion to Dismiss (Doc. 9) is GRANTED. It is further ORDERED that Plaintiff shall be allowed thirty (30) days to file an amended complaint. Failure to file an amended complaint within that time frame will result in the dismissal of Plaintiff's claims with prejudice.

Dated at Rutland, in the District of Vermont, this 19 day of September, 2016.

Geoffrey W. Crawford, Judge
United States District Court